31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 22 1998

Michael N. Milby, Clerk

ALBERTO L PEREZ, JR., ET AL      *

VS                               *

FEDERAL DEPOSIT INSURANCE CORP., ET AL   *   C.A. NO.

B96 097

ORDER GRANTING MOTION
FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **December 31, 1998**. If additional time is required, a motion requesting such extension must be filed no later than **November 30, 1998**. Failure to file such motion shall conclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than **February 28, 1999**:

   (a) the nature of the case;
   (b) contentions of the parties;
   (c) stipulations;
   (d) specific issues of fact, as they are submitted to the jury;
   (e) issues of law, if any;
   (f) list of all pending motions;
   (g) approximate duration of trial; and
   (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by _____.
    (b) Defendant/s shall designate expert witnesses, if applicable, by _____.

(5) A final pretrial and settlement conference be set for **March 26, 1999, 2 pm**.

(6) Trial on the merits be set for **April, 1999**, docket call.

DONE at Brownsville, Texas, on **July 22, 1998**.

_Fidencio G. Garza, Jr._
Fidencio G. Garza, Jr.
United States Magistrate Judge