32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 22 1998

Michael N. Milby, Clerk

| | |
|---|---|
| ALBERT L. PEREZ, JR. AND § <br> LINDA BRISKY PEREZ, AND § <br> BRISKY & PEREZ INSURANCE § <br> AGENCY, INC. § <br> § <br> VS. § <br> § <br> FEDERAL DEPOSIT INSURANCE § <br> CORPORATION (FDIC), AS § <br> CONSERVATOR AND RECEIVER OF § <br> NATIONAL BANK OF COMMERCE, § <br> ERNESTO L. HERNANDEZ, JR. § <br> A/K/A ERNIE HERNANDEZ, BANC § <br> ONE MANAGEMENT AND CONSULTING § <br> CORPORATION, AND RENE SALINAS § | C.A. NO. B-96-097 |

## ORDER GRANTING DEFENDANT'S AGREED MOTION TO SUBSTITUTE COUNSEL

Having considered Defendant's Agreed Motion to Substitute Counsel, the Court finds that the Motion is well taken and should be granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Frank E. Pérez be substituted in for Peter C. Gilman.

SIGNED this 22 day of July, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

Order Granting Motion to Substitute
FEP/mb

Page 1 of 1