37

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Perez

versus

Federal Deposit Ins. Corp

§
§
§
§
§
§

CIVIL ACTION B- 96-97

## Order Setting Conference

1. A status conference will be held on:

   _____6-18_____, 1999

   at __2:30__ p..m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 Easts Tenth Street
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed __May 5th_____, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge