40

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Albert L. Perez, et al., | § § § | United States District Court<br>Southern District of Texas<br>ENTERED<br>JUL 1 6 1999<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| Plaintiffs, | § § | |
| v. | § § | CA NO. B-96-97 |
| Federal Deposit Ins. Corp., et al. | § § | |
| Defendants. | § | |

**Order**

BE IT REMEMBERED that on June 23, 1999, the Court considered several pending motions and requests in the above-styled and numbered cause. Plaintiffs appeared by and through their attorney of record, and Defendant RENE SALINAS appeared by and through his attorney of record. This case was removed by defendant FEDERAL DEPOSIT INSURANCE CORP. (FDIC) on June 14, 1996, based on federal question jurisdiction pursuant to 28 U.S.C. §1331. The state-law claims were also removed under the Court's supplemental jurisdiction. 28 U.S.C. §1367. On May 24, 1998, the Court was notified that a settlement had been reached between plaintiffs and defendant FDIC (Dkt. No. 26). Defendant FDIC was accordingly dismissed from the action on June 3, 1998.

The Court, having only the state-law claims before it, is of the opinion that the case should be remanded to the state court for disposition of the remaining claims. It is, therefore, ORDERED that the above-styled and numbered cause be remanded to the 197th Judicial District Court of Cameron County, Texas, in Cause No. 96-05-02441-C, entitled <u>Albert L. Perez, Jr., et al. v. Federal Deposit Ins. Corp., et al</u>.

DONE at Brownsville, Texas this ___15___ day of July 1999.

Hilda G. Tagle
United States District Judge